# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

_____

*PAIGE M. RANDALL*

                                              Plaintiff,
                                              Civil Action: 7:13-CV-1322 (FJS/AGTB)

       vs.

*GRANT D. LACO*,

                                              Defendant.

_____

APPEARANCES:                        OF COUNSEL:
FOR PLAINTIFF

Gravel, Shea Law Firm            Robert F. O'Neill, Esq.
P.O. Box 369
76 St. Paul Street
Burlington, Vermont 05402-0369

FOR DEFENDANT:

Wilson, Elser Law Firm          Theresa B. Marangas, Esq.
677 Broadway, 9th floor
Albany, New York 12207-2548

FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE

## JUDGMENT DISMISSING ACTION
## BY REASON OF SETTLEMENT

The parties have entered into an agreement in settlement of all claims in this

action, and that they reasonably anticipate finalizing their agreement within 30 days,

following which this action will be discontinued by stipulation pursuant to Rule

41(a)(1)(ii) of the Federal Rules of Civil Procedure. Based upon this development, it is

no longer necessary for this action to remain on the court's active docket.

It is therefore hereby

**ORDERED that**

1)    This action is dismissed, with prejudice, except as set forth below.

2)    The court will retain complete jurisdiction to vacate this order and to reopen the action within two months from the date of this order upon good cause shown that the settlement has not been completed and further litigation is necessary.

3)    The Clerk shall forthwith serve copies of this judgment upon the parties and/or their attorneys appearing in this action by electronic means.


Dated:    August 13, 2014
          Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge